UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT
OF ILLINOIS IN THE EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | CASE NO. 10-38102 |
| Gerri Lane Corporation, | ) | CHAPTER 11 |
| Debtor. | ) | |
| | ) | Honorable A. Benjamin Goldgar |
| | ) | |
| | ) | |
| | ) | |

### Debtor in Possession's Final Report

As of the filing of this report the Debtor in possession has no outstanding debts to any trade creditors, taxing authorities, secured or unsecured creditors.

On this day 17th day of April 2012.

Submitted by Debtor's Attorney:

_/s/ Jon Dowat_
Jon Dowat
Thinking Outside The Box, Inc.
4320 Winfield Road Suite 200
Warrenville, IL 60555