## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | Case No.  10 B 38102 |
| **GERRI LANE CORPORATION,** | ) | Honorable A. Benjamin Goldgar |
| | ) | Motion Date:  June 11, 2012 |
| Debtor. | ) | Motion Time: 9:30 a.m. |

### NOTICE OF MOTION

TO:    See Attached Service List

PLEASE TAKE NOTICE THAT on June 11, 2012, at the hour of 9:30 a.m., a **FIRST AND FINAL APPLICATION FOR COMPENSATION OF COUNSEL FOR THE TRUSTEE** shall be heard by the Honorable A. Benjamin Goldgar of the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division, in Room 613 at 219 South Dearborn Street, Chicago, Illinois, 60604. A copy of same is attached hereto and thereby served upon you.  You may appear if you so see fit.

GOLAN & CHRISTIE LLP

### AFFIDAVIT OF SERVICE

I, Robert R. Benjamin, an attorney, certify that the above captioned Notice of Motion and First and Final Application for Compensation of Counsel for the Trustee were served upon the parties who receive notice via CM/ECF filing and those who receive notice via Regular Mail with postage pre-paid from 70 W. Madison, Chicago, IL 60602 on May 18, 2012.

*/s/ Robert R. Benjamin*
Robert R. Benjamin

GOLAN & CHRISTIE LLP
Attorneys for Trustee
70 West Madison Street, Suite 1500
Chicago, Illinois 60602
(312)263-2300

# SERVICE LIST

Patrick S. Layng
United States Trustee
219 S. Dearborn, #873
Chicago, IL 60604
Via CM/ECF

Gerri Lane Corporation
c/o John M. Drews
Drews & Associates PC
700 Commerce Dr, Suite 500
Oak Brook, IL 60523
Via CM/ECF

Gerri Lane Corporation
c/o Jon N. Dowat
Thinking Outside the Box, Inc.
4320 Winfield Road Suite 200
Warrenville, IL 60555
Via CM/ECF

First American Bank
c/o William S. Hackney, III & Ean L. Kryska
SmithAmundsen, LLC
150 North Michigan Avenue, Suite 3300
Chicago, IL 60601
Via CM/ECF

Colson Services Corporation
Bollingreen Station
PO Box 1289
New York, NY 10274
Via Regular Mail

Illinois Department of Revenue
Bankruptcy Unit Leve 7-425
100 Randolph Street
Chicago, IL 60601
Via Regular Mail

Gerri Lane Corporation
c/o John P. Carlin
Chang & Carlin
1305 Remmington Road, Suite C
Schaumburg, IL 60173
Via CM/ECF

Gerri Lane Corporation
c/o John Eggum & Jonathan T. Brand
LakeLaw
420 W. Clayton Street
Waukegan, IL 60085
Via CM/ECF

Brenda Porter Helms, Esq.
The Helms Law Firm, P.C.
3400 West Lawrence
Chicago, IL 60625
Via CM/ECF

First American Bank
c/o Bruce E de'Medici
834 Forest Avenue
Oak Park, IL 60302
Via CM/ECF

DuPage County Collector
421 N. County Farm Road
Wheaton, IL 60187
Via Regular Mail

Illinois Fire and Safety Company
702 S. Rohlwing Road
Addison, IL 60101
Via Regular Mail

2

| | |
|---|---|
| Internal Revenue Service<br>Mail Stop 5010 CHI<br>230 S. Dearborn<br>Chicago, IL 60605<br>Via Regular Mail | Small Business Growth Corporation<br>Attn: Joel R Herscher VP<br>1300 W. Belmont<br>Chicago, IL 60657<br>Via Regular Mail |
| Small Business Growth Corporation<br>Attn: Randy Neumann<br>Portfolio Specialist<br>2401 West White Oaks Drive<br>Springfield, IL 62704<br>Via Regular Mail | Thomas P. Scherschel, Esq.<br>SmithAmundsen, P.C.<br>3815 E. Main Street<br>Suite A-1<br>St. Charles, IL 60174<br>Via Regular Mail |
| United States Small Business Administration<br>500 W. Madison Street<br>Suite 1150<br>Chicago, IL 60661<br>Via Regular Mail | |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | In Chapter 7 |
| | ) | Case No.  10 B 38102 |
| **GERRI LANE CORPORATION,** | ) | Honorable A. Benjamin Goldgar |
| | ) | Motion Date:  June 11, 2012 |
| Debtor. | ) | Motion Time: 9:30 a.m. |

**FIRST AND FINAL APPLICATION FOR COMPENSATION
OF COUNSEL FOR THE TRUSTEE**

The law firm of GOLAN & CHRISTIE LLP ("G&C"), counsel for the Chapter 7 Trustee, Brenda Porter Helms ("Trustee"), applies to this Court for an order approving the payment of its first and final fee application in the amount of $11,440.00 for services rendered from January 26, 2012 to June 11, 2012 and the costs of preparing this fee petition in the amount of $800.00 for a total of $12,240.00 plus expenses in the amount of $222.29 and in support thereof states as follows:

### I. JURISDICTION

1.     This Court has jurisdiction over this Application pursuant to 28 U.S.C. §157 and §1334. Venue is proper pursuant to 28 U.S.C. §§1408 and 1409. This matter is a core proceeding pursuant to 28 U.S.C. §157(b).

### II. GENERAL BACKGROUND

2.     On August 25, 2010, (the "Petition Date"), Gerri Lane Corporation ("Debtor") filed a voluntary petition relief under Chapter 11 of the United States Bankruptcy Code.

3.     On January 12, 2012, this Court converted the matter from a case under Chapter 11 of the Bankruptcy Code to a case under Chapter 7 of the Bankruptcy Code.  Brenda Porter Helms was appointed interim Chapter 7 Trustee.

1

4. On February 1, 2012, this Court entered an order allowing the retention of Robert R. Benjamin, Beverly A. Berneman, Barbara L. Yong, Caren A. Lederer and such other associates as may be needed from time to time as counsel for the Trustee.

### III. CASE STATUS

5. Debtor is a single asset real estate entity that owns the property commonly described as 255 Gerri Lane, Addison, Illinois (the "Property").

6. A dispute had arisen between the secured lender, the Debtor and the buyer of the Property, which resulted in the Debtor's inability to either accomplish a §363 sale or restructure in a plan of reorganization.

7. The Trustee with the assistance of counsel has been able to satisfy the objections to the parties and close on the sale of the Property as a result of her efforts resulting in a 100% distribution to all creditors who have undisputed claims.

### IV. DESCRIPTION OF THE APPLICATION FOR COMPENSATION

8. General Information. Rule 2016(a) of the Bankruptcy Rules requires a detailed application for fees. The primary objective of this fee application is to reveal sufficient information to enable the court to determine whether the services rendered in representing the Trustee were reasonable, actual and necessary. G&C has provided accurate and detailed records of the services which were made contemporaneously with the services performed. *In re Chicago Lutheran Hospital Association*, 89 B.R. 719 (Bkrtcy.N.D.Ill. 1988); *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

9. The statement of services includes a summary, by category, of the work done and time expended in each category. Much care has been taken to properly categorize the activities to the degree possible. Billing judgment was used to exclude hours which were excessive,

2

redundant or otherwise unnecessary. *Hensley v. Eckerhart*, 461 U.S. 424, 76 L.Ed.2d 40, 103 S.Ct. 1933 (1983); In *re Temple Retirement Community, Inc.*, 97 B.R. 333 (Bkrtcy. W.D.Tex. 1989); *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

10. Billing Entries. G&C uses computerized time and billing software in the preparation of a fee petition. This fee petition contains a narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity. It contains a statement explaining the significance of the activity as well as the purpose, necessity and appropriateness of each such service. Where appropriate, it contains a statement of the effectiveness of the activity, alternatives considered, method for choosing the action taken, a statement of any difficult or unusual problems which arose in the case and the manner in which it was addressed. *In re Wildman*, 72 B.R. 700 (Bkrtcy.N.D.Ill. 1987).

11. Hourly Charges. G&C charges $310.00 to $400.00 per hour for partner attorney time, $250.00 per hour for associate attorney time and $150.00 per hour for travel time.

### V. BANKRUPTCY LOCAL RULE 5081-1 COMPLIANCE

12. Bankruptcy Local Rule 5082-1 governs applications for compensation and reimbursements for professional services in cases under Chapter 7. Counsel provides the following discussion in compliance with Bankruptcy Local Rule 5082-1.

### A. COVER SHEET
### [LOCAL RULE 5082-1(A)]

13. Counsel filed a cover sheet required by Local Rule 5082-1(A) simultaneously with the filling of this application for compensation.

**B. NARRATIVE SUMMARY**
*SUMMARY LIST OF ALL PRINCIPAL ACTIVITIES AND SUMMARY
OF TOTAL COMPENSATION REQUESTED IN CONNECTION WITH EACH ACTIVITY*
*[Local Rule 5082-1(B)(1)(a)]*

14.  The summary of all activities is as follows:

| Activity Code | Description of Activity | Invoice Hours | Totals |
|---|---|---|---|
| ADM | Administration | 26.10 | 7,461.00 |
| FEE | Fee Petition | 2.00 | 800.00 |
| SOA | Sale of Assets | 12.40 | 3,979.00 |
|  |  |  |  |
| **TOTAL** |  | **40.50** | **$12,240.00** |

**C. NARRATIVE SUMMARY**
*SUMMARY OF ALL PRINCIPAL ACTIVITIES INCLUDING DETAILS AND DESCRIPTION OF EACH
TASK AND ACTIVITY AND TOTAL COMPENSATION SOUGHT IN THE APPLICATION, HOURLY
RATE FOR EACH PROFESSIONAL WITHIN EACH ACTIVITY AND
NAME AND POSITION OF EACH PROFESSIONAL*
*[Local Rules 5082-1(B)(1)(b) and (d)]*

15.  From January 26, 2012 to May 9, 2012, the Trustee has incurred $11,440.00[1] in fees at G&C's hourly fee rates, as is more fully set forth in Exhibit A.

16.  The billing rates for each attorney and paraprofessional are identified in Exhibit A and in section E below.

17.  The following is a detailed narrative summarizing the nature and purpose of each particular activity or project and the approximate number of hours and compensation sought for each activity:

*a)  ADMINISTRATION*

18.  The activities in the general administration category are those activities which are a necessary part of the representation of the Trustee, such as communications with the Trustee and other related parties regarding the disposition of the Debtor's assets, court appearances and

---

1 Exclusive of fees incurred in preparation of this fee petition in the amount of $800.00.

reviewing all necessary documents required for closing. The benefits of these services to the Trustee were both economic and non-economic. The economic benefits resulted in the Trustee delegating quickly and efficiently during the sale process and ensuring creditors received the full amount of their claims. The remainder of the services was of non-economic benefit to the Trustee by promoting the bankruptcy process and the smooth administration of the estate.

19. An itemized breakdown of the services rendered to the Trustee is attached hereto as Exhibit A. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 3.00 | 400.00 | 1,200.00 |
| Robert R. Benjamin (RRB) | Partner | 2.00 | 150.00 | 300.00 |
| Beverly A. Berneman (BAB) | Partner | 1.00 | 400.00 | 400.00 |
| Caren A. Lederer (CAL) | Partner | 15.60 | 310.00 | 4,836.00 |
| Caren A. Lederer (CAL) | Partner | 4.00 | 150.00 | 600.00 |
| Richard M. Wallace (RMW) | Associate | .50 | 250.00 | 125.00 |
| | | 26.10 | | $7,461.00 |

b) *SALE OF ASSETS*

20. Trustee moved for leave to sell the Property pursuant to 11 U.S.C. §363. G&C worked with the Trustee to draft the necessary closing documents and the appropriate motion. A hearing on the motion was held on April 18, 2012 and closing procedures followed with the Trustee receiving the closing proceeds on May 3, 2012. The services benefited the estate on an economic basis by providing creditors with the full amounts of their claims. The services benefitted the estate on a non-economic basis by protecting the estate.

21. An itemized breakdown of the services rendered to the Trustee is attached hereto as Exhibit A. A general breakdown is as follows:

5

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 1.50 | 400.00 | 600.00 |
| Caren A. Lederer (CAL) | Partner | 10.90 | 310.00 | 3,379.00 |
|  |  | 12.40 |  | $3,979.00 |

### D. NARRATIVE SUMMARY
### STATEMENT OF TIME AND TOTAL COMPENSATION SOUGHT IN THE APPLICATION FOR PREPARATION OF CURRENT OR PRIOR APPLICATION FOR COMPENSATION
*[Local Rules 5082-1(B)(1)(c)]*

22. G&C requests reimbursement for the preparation of this First and Final Fee Petition. G&C has constructed this detailed analysis of the fee petition as an aid to the Court and the creditors in determining the reasonableness of the fees requested. Counsel reviewed the fee entries and conducted a "business judgment" audit to insure that the fees requested were reasonable and necessary to the administration of the estate.

23. An itemized breakdown of the time expended in preparing this First and Final Fee Petition is attached hereto as Exhibit B. A general breakdown is as follows:

| Attorney | Position | Hours | Hourly Rate | Amount |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 2.00 | 400.00 | $800.00 |

### E. NARRATIVE SUMMARY
### HOURLY RATE FOR EACH PROFESSIONAL FOR WHOM COMPENSATION IS REQUESTED AND TOTAL NUMBER OF HOURS EXPENDED BY EACH PERSON AND TOTAL COMPENSATION SOUGHT FOR EACH
*[Local Rules 5082-1(B)(1)(d)]*

24. The summary of each professional and the compensation appears in the Detailed Statements of Services which were attached as Exhibits A and B to the fee petition. The summary is as follows:

6

| Name (Initials) | Position | Hours | Rates | Total |
|---|---|---|---|---|
| Robert R. Benjamin (RRB) | Partner | 6.50 | 400.00 | 2,600.00 |
| Robert R. Benjamin (RRB) | Partner | 2.00 | 150.00 | 300.00 |
| Beverly A. Berneman (BAB) | Partner | 1.00 | 400.00 | 400.00 |
| Caren A. Lederer (CAL) | Partner | 26.50 | 310.00 | 8,215.00 |
| Caren A. Lederer (CAL) | Partner | 4.00 | 150.00 | 600.00 |
| Richard M. Wallace (RMW) | Associate | .50 | 250.00 | 125.00 |
| **TOTAL** | | **40.50** | | **$12,240.00** |

### F. NARRATIVE SUMMARY
### STATEMENT OF COMPENSATION PREVIOUSLY SOUGHT AND ALLOWED AND PAYMENTS RECEIVED BY COUNSEL TO DATE
### *[Local Rules 5082-1(B)(1)(f)]*

25. This is applicant's first and final fee petition.

### G. NARRATIVE SUMMARY
### TOTAL AMOUNT OF EXPENSES FOR WHICH REIMBURSEMENT IS SOUGHT
### *[Local Rules 5082-1(B)(1)(g)]*

26. G&C seeks reimbursement for out of pocket expenses in the amount of $222.29 consisting of Westlaw research, mileage, tolls and FedEx charges.

### H. NARRATIVE SUMMARY
### STATEMENT AS TO WHETHER THE REQUESTED FEES AND EXPENSES ARE SOUGHT TO BE ALLOWED OR BOTH ALLOWED AND PAID
### *[Local Rules 5082-1(B)]*

27. Counsel requests that the fees and expenses sought herein be allowed and paid.

### VI. CERTIFICATION

28. G&C certifies that it has hereby served a copy of the chronological itemization of services rendered to the Trustee. To date, G&C has not received an objection to the fees.

7

### VII. THE VALUE OF THE SERVICES FOR WHICH COMPENSATION IS SOUGHT AND PRESERVATION OF THE RETAINER

29. Section 330(a) of the Bankruptcy Code provides:

(a) After notice to any parties in interest and to the United States trustee and a hearing, and subject to sections 326, 328 and 329 of this title, the court may award to a trustee, to an examiner, to a professional person employed under section 327 or 1003 of this title, or to the debtor's attorney:

(1) reasonable compensation for actual, necessary services rendered by such trustee, examiner, professional person, or attorney, as the case may be, and by any paraprofessional persons employed by such trustee, professional person, or attorney, as the case may be based on the nature, the extent, and the value of such services, the time spent on such services, and the cost of comparable services other than in a cases under this title; and

(2) reimbursement for actual, necessary expenses.

30. The Bankruptcy Court has the independent authority and responsibility to determine the reasonableness of all fee requests, whether or not objections are filed. *In re Spanjer Brothers, Inc.,* 203 B.R. 85 (Bkrtcy. N.D.Ill., 1996); *In re Pettibone Corporation*, 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987). The burden of proof is on the applicant to show that the fees incurred were actual and necessary. *In re Spanjer Brothers, Inc.,* 203 B.R. 85, 89 (Bkrtcy. N.D.Ill., 1996); *In re Chicago Lutheran Hospital Association*, 89 B.R. 719 (Bkrtcy.N.D.Ill. 1988); *In re Pettibone Corporation,* 74 B.R. 293 (Bkrtcy.N.D.Ill. 1987).

31. The representation of the Trustee adequately corresponds with the time and labor expended by G&C. The various issues involved required experienced bankruptcy counsel. G&C attorneys have over seventy (70) years combined experience in the area of bankruptcy law. Less experienced attorneys would not have handled the matters herein as efficiently and as effectively. Due to the substantial time expended on behalf of the Trustee, G&C was precluded from accepting cases requiring extensive representation during the sale phase of this case. G&C was able to accomplish a great deal directed towards aiding the Trustee in its sale efforts.

Considering the results obtained by G&C the amounts involved are fair and reasonable. This Court has reviewed and ruled upon numerous fee applications and is in a position to determine that the rates herein are reasonable.

### VIII. OBJECTIONS

32. Any objections this fee application should be submitted in writing filed with this Court and delivered to counsel for the Trustee (address below) on or before June 4, 2012.

### IX. CONCLUSION

WHEREFORE, GOLAN & CHRISTIE LLP requests that this court enter an Order:

A. Determining that the legal services and fees incurred in this fee petition are necessary and reasonable;

B. Allowing first and final compensation as counsel for the Trustee in the amount of $11,440.00 for fees incurred from January 26, 2012 to June 11, 2012 plus the costs of preparing this fee petition in the amount of $800.00 for a total of $12,240.00;

C. Allowing reimbursement of out of pocket expenses in the amount of $222.29; and

D. Granting such other and further relief as this court may deem just and proper.

GOLAN & CHRISTIE LLP

By: /s/*Robert R. Benjamin*
        Robert R. Benjamin

Robert R. Benjamin (ARDC # 10070429)
Beverly A. Berneman (ARDC # 06189418)
Caren A. Lederer (ARDC # 6244631)
GOLAN & CHRISTIE LLP
Attorneys for Trustee
70 W. Madison, Ste. 1500
Chicago, Illinois  60602
(312) 263-2300

9