UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 10-38102
)
GERRI LANE CORPORATION ) Chapter: 7
)
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER GRANTING FIRST AND FINAL APPLICATION FOR COMPENSATION OF COUNSEL FOR TRUSTEE

THIS CAUSE COMING ON TO BE HEARD on motion by GOLAN & CHRISTIE LLP ("G&C"), counsel for the Trustee, Brenda Porter Helms, for a final fee award; it appearing to the Court that counsel has requested compensation and reimbursement of expenses; and the Court being otherwise duly advised in the premises:

IT IS HEREBY ORDERED that:

A. G&C is allowed interim compensation as counsel for the Trustee in the amount of $~~12,240.00~~ 11,284.85.

B. The fees awarded to G&C are deemed necessary and reasonable.

C. G&C is allowed reimbursement of expenses in the amount of $~~222.29~~ 51.84.

Enter:

/s/ A. Benjamin Goldgar

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: 11 JUN 2012

**Prepared by:**

GOLAN & CHRISTIE LLP
70 W. Madison St., Ste. 1500
Chicago, Illinois 60602
(312)263-2300

Rev: 201100318_bko