# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF

In re:                              §
                                    §
GERRI LANE CORPORATION              §          Case No. 10-38102
                                    §
                    Debtor(s)       §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on                    .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

      5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

      6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7.  The Trustee's proposed distribution is attached as **Exhibit D**.

      8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/BRENDA PORTER HELMS, TRUSTEE_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-38102 CAS Judge: DONALD R. CASSLING | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GERRI LANE CORPORATION | Date Filed (f) or Converted (c): | 08/25/10 (f) |
| | | 341(a) Meeting Date: | 09/30/10 |
| For Period Ending: | 12/30/13 | Claims Bar Date: | 06/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 950,000.00 | 0.00 | | 40,716.43 | FA |
| 2. BANK ACCOUNTS | 120.00 | 0.00 | | 0.00 | FA |
| 3. RENT (u) | Unknown | 0.00 | | 6,243.76 | FA |
| 4. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.52 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $950,120.00 | $0.00 | $46,961.71 | $0.00 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR has been submitted to UST

Initial Projected Date of Final Report (TFR): 12/31/14      Current Projected Date of Final Report (TFR): 05/30/13

/s/     BRENDA PORTER HELMS, TRUSTEE
_____ Date: 12/30/13
BRENDA PORTER HELMS, TRUSTEE

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-38102 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | GERRI LANE CORPORATION | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******1293  Checking - Non Interest |
| Taxpayer ID No: | *******4935 | | | |
| For Period Ending: | 12/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 35,565.03 | | 35,565.03 |
| 02/15/13 | 010001 | International Sureties Ltd | Bond #016026455 | 2300-000 | | 31.83 | 35,533.20 |
| 07/26/13 | 010002 | Alan D. Lasko & Associates, P.C. | final distribution | 3410-000 | | 2,271.50 | 33,261.70 |
| 07/26/13 | 010003 | Alan d. Lasko & Associates P.C. | Final Distribution | 3420-000 | | 18.14 | 33,243.56 |

| | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 35,565.03 | 2,321.47 | 33,243.56 |
| | Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 35,565.03 | 0.00 | |
| | | | Subtotal | | 0.00 | 2,321.47 | |
| | Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 2,321.47 | |

Page Subtotals  35,565.03  2,321.47

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 10-38102 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | GERRI LANE CORPORATION | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6203  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4935 | | | |
| For Period Ending: | 12/30/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/17/12 | 3 | Columbia Woodworks Corporation<br>255 Gerri Lane<br>Addison IL 60101 | rent | 1222-000 | 3,121.88 | | 3,121.88 |
| 02/29/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.01 | | 3,121.89 |
| 02/29/12 | 000101 | Intrenational Sureties Ltd. | Trustee bond | 2300-000 | | 4.13 | 3,117.76 |
| 03/30/12 | 3 | Columbia Woodworks Corp | rent | 1222-000 | 3,121.88 | | 6,239.64 |
| 03/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.03 | | 6,239.67 |
| 03/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 3.83 | 6,235.84 |
| 04/30/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.05 | | 6,235.89 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 7.41 | 6,228.48 |
| 05/04/12 | 1 | Premier Title<br>1350 W. Northwest Highway<br>Arlington Heights IL 60004 | net proceeds from sale of 255 Gerr | | 40,716.43 | | 46,944.91 |
| | | | Memo Amount:      485,185.72<br>sales price | 1110-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (      517.50 )<br>escrow fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (        3.00 )<br>DFI Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (       25.00 )<br>delivery fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (    1,000.00 )<br>NYS Gap Admin Fee | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (       50.00 )<br>underwriter CPL | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (       40.00 )<br>recording fees | 2500-000 | | | |
| | | PREMIER TITLE | Memo Amount:  (       86.75 ) | 2820-000 | | | |

Page Subtotals     46,960.28     15.37

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 17.04b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 10-38102 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | GERRI LANE CORPORATION | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6203  Money Market - Interest Bearing |
| Taxpayer ID No: | *******4935 | | |
| For Period Ending: | 12/30/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PREMIER TITLE | city/county stamps<br>Memo Amount:  (    173.50 ) | 2820-000 | | | |
| | | FIRST AMERICAN BANK | state transfer taxes<br>Memo Amount:  (  444,469.29 ) | 4110-000 | | | |
| | | PREMIER TITLE | mortgage payoff<br>Memo Amount:  (    100.00 ) | 2500-000 | | | |
| | | PREMIER TITLE | update fee<br>Memo Amount:       1,995.75 | 2500-000 | | | |
| | | | amount to close | | | | |
| 05/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 46,945.21 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 44.62 | 46,900.59 |
| 06/29/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 46,900.97 |
| 07/02/12 | 000102 | Golan & Christie LLP<br>70 W. Madison St.  #1500<br>Chicago IL 60602 | ATTORNEYS FEES | 3210-000 | | 11,284.85 | 35,616.12 |
| 07/02/12 | 000103 | Golan & Christie LLP<br>70 W. Madison St.  #1500<br>Chicago IL 60602 | attorney expenses | 3220-000 | | 51.84 | 35,564.28 |
| 07/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.32 | | 35,564.60 |
| 08/31/12 | 4 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.30 | | 35,564.90 |
| 09/14/12 | 4 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.13 | | 35,565.03 |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 35,565.03 | 0.00 |

| | | | | Page Subtotals | 1.43 | 46,946.34 | |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| | |
|---|---|
| Case No: | 10-38102 -CAS |
| Case Name: | GERRI LANE CORPORATION |
| Taxpayer ID No: | *******4935 |
| For Period Ending: | 12/30/13 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6203  Money Market - Interest Bearing |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| Memo Allocation Receipts: | 487,181.47 | COLUMN TOTALS | 46,961.71   46,961.71   0.00 |
| Memo Allocation Disbursements: | 446,465.04 | Less: Bank Transfers/CD's | 0.00   35,565.03 |
|  |  | Subtotal | 46,961.71   11,396.68 |
| Memo Allocation Net: | 40,716.43 | Less: Payments to Debtors | 0.00 |
|  |  | Net | 46,961.71   11,396.68 |

|  |  |  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|---|
| Total Allocation Receipts: | 487,181.47 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 446,465.04 | Checking - Non Interest - ********1293 | 0.00 | 2,321.47 | 33,243.56 |
|  |  | Money Market - Interest Bearing - ********6203 | 46,961.71 | 11,396.68 | 0.00 |
| Total Memo Allocation Net: | 40,716.43 | | ------------------- | ------------------- | ------------------- |
|  |  | | 46,961.71 | 13,718.15 | 33,243.56 |
|  |  | | ============ | ============ | ============ |
|  |  | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

/s/   BRENDA PORTER HELMS, TRUSTEE
Trustee's Signature: _____  Date: 12/30/13
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.00   0.00

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-38102
Case Name: GERRI LANE CORPORATION
Trustee Name: BRENDA PORTER HELMS, TRUSTEE

Balance on hand $

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | U.S. Small Business Administration | $ | $ | $ | $ |

Total to be paid to secured creditors $_____

Remaining Balance $_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Expenses: Golan and Christie | $ | $ | $ |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ | $ | $ |
| Fees: Office of U.S. Trustee | $ | $ | $ |
| Other: Intrenational Sureties Ltd. | $ | $ | $ |
| Other: Golan and Christie | $ | $ | $ |
| Other: Alan d. Lasko & Associates P.C. | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses $_____

Remaining Balance $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Other: David lLeibowitz | $ | $ | $ |
| Other: Thinking Outside the Box | $ | $ | $ |

Total to be paid for prior chapter administrative expenses    $_____

Remaining Balance    $_____

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $        must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE