UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:                              §
                                    §
GERRI LANE CORPORATION              §     Case No. 10-38102
                                    §
         Debtor(s)                  §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF THE COURT
        219 s. DEARBORN STREET
        CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 02/03/2014 in Courtroom 642,
        Dirksen Federal Building
        219 S. Dearborn St
        Chicago IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/30/2013       By: CLERK OF THE COURT

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
GERRI LANE CORPORATION § Case No. 10-38102
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 491,431.00 |
| and approved disbursements of | $ | 458,187.44 |
| leaving a balance on hand of[1] | $ | 33,243.56 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | U.S. Small Business Administration | $ 280,558.69 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---:|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 33,243.56 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 15,203.53 | $ 0.00 | $ 15,203.53 |
| Attorney for Trustee Expenses: Golan and Christie | $ 51.84 | $ 51.84 | $ 0.00 |
| Accountant for Trustee Fees: Alan D. Lasko & Associates, P.C. | $ 2,271.50 | $ 2,271.50 | $ 0.00 |
| Fees: Office of U.S. Trustee | $ 650.00 | $ 0.00 | $ 650.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: Intrenational Sureties Ltd. | $ 35.96 | $ 35.96 | $ 0.00 |
| Other: Golan and Christie | $ 11,284.85 | $ 11,284.85 | $ 0.00 |
| Other: Alan d. Lasko & Associates P.C. | $ 18.14 | $ 18.14 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses   $       15,853.53

Remaining Balance   $       17,390.03

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: David lLeibowitz | $ 11,986.27 | $ 0.00 | $ 11,986.27 |
| Other: Thinking Outside the Box | $ 5,403.76 | $ 0.00 | $ 5,403.76 |

Total to be paid for prior chapter administrative expenses   $       17,390.03

Remaining Balance   $       0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

NONE

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-38102-ABG
Gerri Lane Corporation                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: mflowers              Page 1 of 2              Date Rcvd: Jan 02, 2014
                              Form ID: pdf006             Total Noticed: 14

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 04, 2014.
db         +Gerri Lane Corporation,   255 Gerri Lane,   Addison, IL 60101-5009
aty        +John M Drews,   Drews & Associates Pc,   100 Tower Dr #238,   Burr Ridge, IL 60527-5721
16083285   #+Colson Services Corporation,   Bollingreen Station,   PO Box 1289,   New York, NY 10274-1289
16050584   +++First American Bank,   c/o Bruce de'Medici,   SmithAmundsen,   150 North Michigan Avenue Ste 3300,
             Chicago, IL 60601-6004
16083283   ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,   P O BOX 64338,   CHICAGO IL 60664-0338
             (address filed with court:   Illinois Department of Revenue,   Bankruptcy Unit Leve 7-425,
             100 Randolph Street,   Chicago, IL 60601)
16050583   +Illinois Fire and Safety Company,   702 S. Rohlwing Road,   Addison, IL 60101-4288
16083287   +Small Business Growth Corporation,   attn: Randy Neumann,   Portfolio Specialist,
             2401 West White Oaks Drive,   Springfield, IL 62704-7423
16083286   +Small Business Growth Corporation,   attn: Joel R Hershcer VP,   1300 W Belmont,
             Chicago, IL 60657-3242
16050585   +Thomas P. Scherschel, Esq.,   SmithAmundsen, P.C.,   3815 E. Main Street,   Suite A-1,
             St. Charles, IL 60174-2488
16050582   +United States Small Business Administration,   500 W. Madison Street,   Suite 1150,
             Chicago, IL 60661-2566
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty        +E-mail/Text: blyong@golanchristie.com Jan 03 2014 00:20:33     Golan & Christie, LLP,
             70 West Madison Suite 1500,   Chicago, IL 60602-4265
16050581   +E-mail/Text: collector@dupageco.org Jan 03 2014 00:20:34     DuPage County Collector,
             421 N. County Farm Road,   Wheaton, IL 60187-3992
16083284    E-mail/Text: cio.bncmail@irs.gov Jan 03 2014 00:20:24     Internal Revenue Service,
             Mail Stop 5010 CHI,   230 S Dearborn,   Chicago, IL 60605
18423908   +E-mail/Text: USTPREGION11.ES.ECF@USDOJ.GOV Jan 03 2014 00:20:55     Office of the U.S. Trustee,
             219 s. Dearborn St.,   Room 873,   Chicago,  IL 60604-2027
                                                                                               TOTAL: 4

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16083290     Columbia Woodworks Corporation
16083289     Concetta Peterson
16083288     Garry Peterson
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2014                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 30, 2013 at the address(es) listed below:
              Barbara L Yong   on behalf of Trustee Brenda Porter Helms, ESQ blyong@golanchristie.com,
               mperez@golanchristie.com;myproductionss@gmail.com
              Beverly A Berneman   on behalf of Trustee Brenda Porter Helms, ESQ baberneman@golanchristie.com,
               lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchrist
               ie.com;tstephenson@golanchristie.com
              Brenda Porter Helms, ESQ   brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
```

```
District/off: 0752-1           User: mflowers              Page 2 of 2                   Date Rcvd: Jan 02, 2014
                               Form ID: pdf006             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ brenda.helms@albanybank.com, bhelms@ecf.epiqsystems.com
        Bruce E de'Medici    on behalf of Creditor    First American Bank bdemedici@gmail.com
        Caren A Lederer    on behalf of Trustee Brenda Porter Helms, ESQ calederer@golanchristie.com
        Ean L Kryska    on behalf of Creditor    First American Bank ean.kryska@abm.com
        Ean L Kryska    on behalf of Defendant    First American Bank ean.kryska@abm.com
        John  Eggum    on behalf of Debtor    Gerri Lane Corporation jeggum@fgppr.com
        John P Carlin    on behalf of Debtor    Gerri Lane Corporation jcarlin@changandcarlin.com, changcarlin@iamthewolf.com
        Jon N. Dowat    on behalf of Debtor    Gerri Lane Corporation tobadmin@comcast.net, atty_dowat@bluestylus.com
        Jonathan T Brand    on behalf of Debtor    Gerri Lane Corporation jbrand@lakelaw.com, ECF@lakelaw.com
        Jonathan T Brand    on behalf of Attorney    Lakelaw jbrand@lakelaw.com, ECF@lakelaw.com
        Patrick C Keeley    on behalf of Plaintiff Garry  Peterson pkeeley@pkalaw.com, iutim@aol.com;jsingleton@pkalaw.com;mtader@pkalaw.com;tjackson@pkalaw.com;npandey@pkalaw.com;dolson@pkalaw.com;soliver@pkalaw.com
        Patrick C Keeley    on behalf of Plaintiff    Columbia Woodworks Corporation pkeeley@pkalaw.com, iutim@aol.com;jsingleton@pkalaw.com;mtader@pkalaw.com;tjackson@pkalaw.com;npandey@pkalaw.com;dolson@pkalaw.com;soliver@pkalaw.com
        Patrick C Keeley    on behalf of Plaintiff Concetta  Peterson pkeeley@pkalaw.com, iutim@aol.com;jsingleton@pkalaw.com;mtader@pkalaw.com;tjackson@pkalaw.com;npandey@pkalaw.com;dolson@pkalaw.com;soliver@pkalaw.com
        Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
        Robert R Benjamin    on behalf of Trustee Brenda Porter Helms, ESQ rrbenjamin@golanchristie.com, lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;asimmons@golanchristie.com;tstephenson@golanchristie.com
        William S Hackney, III    on behalf of Creditor    First American Bank whackney@salawus.com, jadams@salawus.com
        William S Hackney, III    on behalf of Defendant    First American Bank whackney@salawus.com, jadams@salawus.com

        TOTAL: 20